James Geraghty, Appellee, v. Burr Oak Lanes, Inc.,
Appellant.

Gen. No. 46,160.

First District, First Division.
January 9, 1956.
Rehearing denied February 27, 1956.
Released for publication February 27, 1956.

Meyers & Matthias, for appellant; Donald L. Thompson, Erwin H.
Wright, and Philip G. Meyers, of counsel; F. J. Gariepy, and C. E.
Mallon, for appellees. Opinion by JUDGE BURKE. Not to be
published in full.